IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Arthur William Goldammer III, | )<br>) |
| Plaintiff, | ) Case No.: _____<br>)<br>) |
| vs. | ) **COMPLAINT**<br>) |
| United States of America, | )<br>) |
| Defendant. | ) |

**COMES NOW**, the Plaintiff, Arthur William Goldammer III (Mr. Goldammer), by and through his undersigned attorney, Adam Justinger, for his cause of action against the Defendant, the United States of America, states and alleges as follows:

### INTRODUCTION:

1. Mr. Goldammer brings this action against the United States of America under 18 U.S.C. § 925A seeking all available relief, including a declaratory judgment that he is <u>not</u> prohibited from possessing, receiving, and/or transporting a firearm or ammunition under state or federal law.

### PARTIES:

2. Mr. Goldammer resides in Burleigh County, North Dakota at 3100 North 14th Street, Bismarck, North Dakota 58503.

3. Defendant, the United States of America, is a sovereign nation.

### JURISDICTION & VENUE:

4. Personal jurisdiction is proper in this Court because Mr. Goldammer is domiciled in North Dakota.

5. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 because this action

arises under a federal statute, namely 18 U.S.C. § 925A, which provides a remedy for erroneous denials of firearm transfers, and because he seeks a declaratory judgment under 28 U.S.C. § 2201, which provides for declaratory judgments in federal actions.

6. Venue is appropriate under 28 U.S.C. § 1391. Mr. Goldammer was erroneously denied a firearm in North Dakota.

**FACTS:**

7. Mr. Goldammer is not prohibited from owning, possessing, receiving, and/or transporting a firearm or ammunition.

8. In September 2025, Mr. Goldammer attempted to purchase a firearm, as defined by federal law. Specifically, Mr. Goldammer attempted to purchase a firearm silencer/silencer muffler. Shortly after applying for the firearm, Mr. Goldammer was disapproved for the purchase due to a background check.

9. On October 30, 2025, Mr. Goldammer applied for a Voluntary Appeal File (VAF) to attempt to rectify the wrongful denial. Mr. Goldammer wished to obtain a Unique Person Identification Number (UPIN) as well to avoid erroneous denials in the future.

10. On January 19, 2026, the FBI wrote a letter to Mr. Goldammer. The FBI denied his application for a VAF/UPIN. The FBI claimed there was potentially prohibiting information that the McLean County Sheriff's Office possessed. The FBI also claimed there was potentially prohibitive information on file with the Minnesota Moorhead Department of Corrections.

**COUNT 1 - 18 U.S.C. § 925A ACTION:**

11. Mr. Goldammer re-alleges Paragraphs 1-10 of his Complaint against the Defendant.

12. This transaction was erroneously denied because Mr. Goldammer is not a prohibited person.

13. Mr. Goldammer is not prohibited from owning, possessing, receiving, and/or transporting a firearm or ammunition under N.D.C.C. § 62.1-02-01, 18 U.S.C. § 922, or any other applicable law.

14. The FBI erroneously claims that Mr. Goldammer is a "potentially" prohibited person.

15. Mr. Goldammer should not have been denied the ability to purchase a firearm. Mr. Goldammer is not prohibited from owning, possessing, receiving, and/or transferring firearms.

16. Because of the FBI's mistake, Mr. Goldammer continues to be unable to purchase, receive, and/or transport firearms and ammunition.

17. Therefore, Mr. Goldammer seeks a declaratory judgment pursuant to 28 U.S.C. § 2201 that he is not prohibited from possessing, receiving, and/or transferring a firearm or ammunition under federal law.

## **PRAYER FOR RELIEF:**

**WHEREFORE**, Plaintiff Arthur William Goldammer prays for:

18. Declaratory judgment against the United States of America under 28 U.S.C. § 2201 that he is not prohibited under federal law from possessing, receiving, and/or transporting a firearm or ammunition;

19. An Order under 18 U.S.C. 925A that the Defendants approve the transfer of the firearm Mr. Goldammer attempted to purchase;

20. An Order to provide Mr. Goldammer with a Voluntary Appeal File and Unique Personal Identification Number;

21. An award of his reasonable attorney's fees and costs under 18 U.S.C. § 925A; and

22. Such other and further relief that the Court deems just and proper under the circumstances.

## DEMAND FOR JURY TRIAL:

23. Trial by a jury of six jurors is hereby demanded.

Dated this 5th day of February, 2026.

Digitally signed by Adam Justinger
Date: 2026.02.05 16:23:04 -06'00'

Adam Justinger (ND ID #08635)
SW&L Attorneys
4627 44th Avenue South, Suite 108
Fargo, North Dakota 58104
Telephone: (701) 297-2890
Fax: (701) 297-2896
adam.justinger@swlattorneys.com
ATTORNEYS FOR PLAINTIFFS